UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :        **ORDER**

              - v. -                    :
                                                 08 Cr. 0032
LUCERO LEOBARDO GOMEZ,                   :
JUAN CARLOS NAUT, and                    :
FRANCISCO BATISTA,                       :

                        Defendants.      :

- - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Kenneth A.

Polite;

        It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

        ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.


Dated: New York, New York
       January 22, 2008

                                        _____
                                        UNITED STATE MAGISTRATE JUDGE

                                        **GABRIEL W. GORENSTEIN**
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008