UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

UNITED STATES OF AMERICA            Docket No. 1:08-cr-0032-SHS

    -against-

                                    **NOTICE OF APPEARANCE**

LUCERO LEOBARDO GOMEZ

----------------------------------------------------------

TO:    CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES -IFYES GIVE YOUR DATE OF ADMISSION: MO July__ YR 1971__

I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
           March 3, 2008

SIGNATURE  *Martin L. Schmukler*  (MLS2464)

Martin L. Schmukler
Attorney for Defendant

Martin L. Schmukler, P.C.
Firm name if any

41 Madison Ave., Suite 5B
Street address

New York    New York    10010
City    State    Zip

(212) 213-9400
Telephone No.