Received:
MAR-20-2008
MAR 2 0 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/08



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 20, 2008

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Lucero Gomez & Juan Carlos Naut,
      08 Cr. 32 (SHS)

Dear Judge Stein:

The Government writes (with the consent of defense counsel) to respectfully request an extension of time in which it may produce discovery, and a 30-day adjournment of the conference scheduled for March 21, 2008 in the above-referenced case. The discovery in the case is more extensive than original anticipated, and the Government has needed additional time to make its production. The Government will provide the initial discovery this week, but will need an additional two weeks to provide the discovery materials relating to Title III wiretaps conducted in Massachusetts. Because of the Government's delay, defense counel is presently unable to inform the Court of their intentions with respect to any motions they may wish to make, and therefore they join in this request for an adjournment of the conference date.

Should the Court grant the adjournment request, the Government further respectfully requests that the Court exclude the time under the Speedy Trial Act until the new conference date. In the interim, the Government will provide defense counsel with copies of the

*Conf. adjourned to April 25 at 2 p.m. Time excluded from 3/21/08 until 4/25/08 pursuant to 18 U.S.C. 3161A 8a. The ends of justice outweigh the interests of the public and the defs. in a speedy trial. The purpose of the exclusion is to allow discovery to continue.*

SO ORDERED 3/24/08

SIDNEY H. STEIN
U.S.D.J.

discovery, defense counsel will review the discovery with their respective clients, and the parties will continue discussions regarding a possible disposition of this case.

Respectfully submitted,<br>
MICHAEL J. GARCIA<br>
United States Attorney<br>
<br>
By: Parvin Moyne<br>
Assistant United States Attorney<br>
Telephone: (212) 637-2510

cc: Mitchell Dinnerstein, Esq. *(by facsimile)*
    Martin L. Schmukler, Esq. *(by facsimile)*

2